# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT KANE, et al.,<br><br>                Defendant. | 2:13-cr-00250-JAD-VCF<br><br>**MINUTE ORDER** |

       Before the Court are the Joinders in the Motion to Dismiss of Steven Carr (#'s 61, 62, 64, 72).

       On October 28, 2013, the Court entered an Order denying Defendant's Motion to Dismiss the Government's Indictment for Lack of Jurisdiction. (#82).

       Accordingly,

       IT IS HEREBY ORDERED that the Joinders in the Motion to Dismiss of Steven Carr (#'s 61, 62, 64, 72) are DENIED.

       DATED this 29th day of October, 2013.

                                                                       CAM FERENBACH<br>
                                                                        UNITED STATES MAGISTRATE JUDGE