**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>Robert Kane et al.,<br><br>　　　　Defendants | Case No.: 2:13-cr-250-JAD-VCF<br><br>**Order Denying Motion for Reconsideration of Magistrate Judge's Order Denying Motion to Modify Conditions of Pre-Trial Release**<br>**[Doc. 118]** |

　　　　Robert Coleman is one of six defendants in this criminal-conspiracy action. On July 1, 2014, Coleman and four of his codefendants filed a motion seeking modification of their pretrial-release conditions.[1] Their four-page motion argued that, because they faced a "patchwork" of different conditions on their associations with each other, they should be allowed uniform restrictions bringing them "up to the highest level of association prohibition."[2] Magistrate Judge Hoffman noted that "[i]t is not unusual for co-defendants in a criminal case to have different conditions of release."[3] He denied Coleman's motion on September 10, 2014, because Coleman failed to provide any legal

---

[1] Doc. 110.

[2] *Id.* at 2–3.

[3] Doc. 115 at 3.

1

rationale for modification beyond baldly citing 18 U.S.C. § 3142(c)(1)(B).[4]

Coleman now timely appeals from the Magistrate Judge's decision.[5] This motion is even shorter than Coleman's original motion for modification of his pretrial-release conditions; at three pages it, too, fails to cite any legal authority beyond "18 U.S.C. § 3142(e)(B)."[6] And while Coleman argues that Magistrate Judge Hoffman's order is "clearly erroneous," he continues merely arguing that the "patchwork of conditions is in no way justified."[7] He provides no new legal arguments. I do not find any basis in either § 3142(e)(1)(B) or § 3142(e)(2)(B), or indeed, anywhere else in § 3142 to modify Coleman's release conditions. And there is nothing inherently problematic with Coleman and his codefendants receiving different pretrial-release conditions.

Accordingly, it is hereby ORDERED that defendant Robert Coleman's motion for review and appeal from order denying motion to modify conditions of pre-trial release **[Doc. 118] is DENIED**.

DATED October 21, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] *Id.* at 2–3; *cf.* Doc. 110 at 4. Three different magistrate judges ruled on the moving defendants' requests for modification because each of these magistrate judges set the various defendants' original pretrial-release conditions. *See* Docs. 115, 116, 119.

[5] Doc. 118.

[6] *Id.* at 2.

[7] *Id.* at 1–2.

2